IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** McCluskey, Nicole | Case Number: 07 B 20071 |
| | Judge: Wedoff, Eugene R |
| Printed: 1/22/08 | Filed: 10/29/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: January 15, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | CIT Group/Consumer Finance Inc | Secured | 0.00 | 0.00 |
| 2. | HSBC Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | CIT Group/Consumer Finance Inc | Secured | 25,000.00 | 0.00 |
| 4. | Target National Bank | Unsecured | 76.24 | 0.00 |
| 5. | National City Bank | Unsecured | 484.96 | 0.00 |
| 6. | Nicor Gas | Unsecured | | No Claim Filed |
| 7. | Nicor Gas | Unsecured | | No Claim Filed |
| 8. | Amex | Unsecured | | No Claim Filed |
| 9. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| 10. | New York & Co | Unsecured | | No Claim Filed |
| 11. | HSBC Mortgage Services | Unsecured | | No Claim Filed |
| 12. | WF FNB/VS | Unsecured | | No Claim Filed |
| | | | $ 25,561.20 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   McCluskey, Nicole

Printed:  1/22/08

Case Number:  07 B 20071
Judge:  Wedoff, Eugene R
Filed:  10/29/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

